1
 In re the Marriage of Nicholas Jay Dale, Petitioner and Nicole Jehlicka Dale, Respondent: No. 25SC220
Supreme Court of Colorado, En Banc
July 21, 2025
2
 
           Court
 of Appeals Case No. 24CA1065.
 
 
 
          Petition
 for Writ of Certiorari GRANTED.
 
 
          [REFRAMED]
 Whether the court of appeals erred in holding that
 quantitative reductions in parenting time regardless of
 amount are not restrictions on parenting time rights under
 section 14-10-129(1)(b)(I), C.R.S. (2024).
 
 
          Whether
 a forty-five-day (28.1%) reduction in previously ordered
 parenting time is a restriction on parenting time rights
 absent endangerment to the child.
 
 
          DENIED
 AS TO ALL OTHER ISSUES.